AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED

Oct 12 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:22-mj-71304-MAG |
| ROBERT EARL DAVIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 2020 - December 2021___ in the county of ___Alameda___ in the
___Northern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Unlicensed Dealer Dealing Firearms |
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of a Firearm |

MAXIMUM PENALTIES

Count One: 18 U.S.C. § 922(a)(1)(A) - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, forfeiture

Count Two: 18 U.S.C. § 922(g1)(1) - 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, forfeiture

This criminal complaint is based on these facts:

See attched affidavit of Special Agent Andrew Balady

☑ Continued on the attached sheet.

/s/   *Andrew Balady*

*Complainant's signature*

Special Agent Andrew Balady

*Printed name and title*

Approved as to form   *Alexis James*
AUSA   Alexis James

Sworn to before me by telephone.

Date:   October 12, 2022

*Kandis Westmore*

*Judge's signature*

City and state:   Oakland, CA

Hon. Magistrate Kandis A. Westmore

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew Balady, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, being first duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1.     I submit this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **Robert Earl DAVIS** for (1) being an Unlicensed Dealer Dealing Firearms, in violation of Title 18 United States Code Section 922(a)(1)(A) between in or about August 2020 and in or about December 2021; and for (2) being a Prohibited Person in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) on or about December 22, 2021 in the Northern District of California.

## II.   AFFIANT BACKGROUND AND SOURCES OF INFORMATION

2.     I am a Special Agent ("SA") of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since July 2017.  I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).  I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF National Academy Special Agent Basic Training Course.  My duties include the investigation of criminal violations of federal firearms, explosives, and arson laws, as well as those involving violent crime.  I am also an ATF Firearms Interstate Nexus Expert, in which I have received 40 hours of training the identity and origin of firearms and ammunition.

3.     Prior to being an ATF Special Agent, I was employed as a police officer with the Belmont, California Police Department from approximately September 2013 to May 2017. During my employment with the Belmont Police Department, I was assigned to the Patrol Division as a patrol officer, and I had the collateral duty of being an Evidence Technician in the Crime Scene Unit.

4.     As an ATF Special Agent, I have conducted and participated in both state and

Federal investigations involving the illegal possession and trafficking of firearms. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking. During these investigations, I have participated in and/or served as the primary case agent in cases involving various types of investigative techniques, including the use of electronic surveillance, assistance from undercover agents and informants, and the controlled purchases of firearms and narcotics from suspects. I have also participated in physical surveillance operations and the execution of state and federal arrest warrants and search warrants, resulting in state and federal prosecution of defendants.

5.      In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap and trace devices, financial records, utility records, and telephone toll and subscriber records. My work with informants and cooperators has involved, among other things, monitoring meetings and recorded conversations, and generally evaluating the reliability and truthfulness of an informant/cooperator.

6.      Because of my training and experience, I have become familiar with the way illegal firearm and drug traffickers smuggle, transport, store, conceal, and distribute firearms and drugs, as well as how they collect, and launder proceeds related to such activities. I am also familiar with the way these individuals use telephones, coded communications, false or fictitious identities, and other means to facilitate illegal activities and thwart law enforcement investigations. I have also consulted and discussed these investigations with other law enforcement officers and agents who are experienced in these types of investigations.

7.      My experience and training as a Special Agent with ATF and my participation in the investigation form the basis of the opinions and conclusions set forth below.

III.   **APPLICABLE LAW**

8.      Title 18 U.S.C. § 922(a)(1)(A) prohibits any person from engaging in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce without a license. The

elements of a section 922(a)(1)(A) offense are:

      a.   The defendant was willfully engaged in the business of dealing in, importing, or manufacturing firearms within August 25, 2020 and December 22, 2021; and

      b.   The defendant did not then have a license as a firearms dealer, importer, or manufacturer.

    9.     Title 18 U.S.C. § 922(g)(1) prohibits any person who has been convicted of a crime punishable by a prison term of more than 1 year, from possessing a firearm or ammunition in or affecting interstate or foreign commerce. The elements of a section 922(g)(1) offense are:

      a.   The defendant knowingly possessed a firearm;

      b.   The defendant had been convicted of a crime punishable by a prison term of more than 1 year at the time of the possession of the firearm;

      c.   The defendant knew he had been convicted of a crime punishable by a prison term of more than 1 year at the time of the possession of the firearm; and,

      d.   The firearm had been shipped or transported from one state to another.

**IV.**    **FACTS ESTABLISHING PROBALE CAUSE**

    10.    ATF, assisted by the United States Postal Inspection Service ("USPIS"), Alameda County Sheriff's Office, and Oakland Police Department, are investigating **DAVIS** for the firearms trafficking.

    11.    In or about October 2020, law enforcement learned about **DAVIS**, a known 69 Village gang member from Oakland and multi-convicted felon, openly posting videos of numerous firearms on Instagram.  Special Agents and Task Force Officers reviewed videos, recorded via an undercover account on **DAVIS**'s Instagram account "mr.fuckinwitit69," which contained images of multiple firearms and firearm boxes.  Based on **DAVIS**'s Instagram activity, law enforcement opened its investigation which revealed that **DAVIS** was possessing and trafficking in firearms.

    **A.**    **DAVIS's Dealing in Firearms**

    12.    Upon viewing **DAVIS**'s Instagram activity, law enforcement sought and obtained

a federal search warrant for **DAVIS**'s Instagram account "mr.fuckinwitit69."  On or about
November 18, 2020, the Honorable Donna M. Ryu, United States Magistrate Judge for the
Northern District of California, issued a search warrant for information associated with **DAVIS**'s
Instagram account.

   a. **Instagram Activity**

  13. I reviewed the contents of **DAVIS**'s Instagram account, and I noted numerous
conversations between **DAVIS** and other individuals regarding the sale of firearms.  One of
those conversations was dated approximately August 25, 2020, and consisted of the following
between **DAVIS** and an unknown individual utilizing Instagram account "datt1nigga":

  *datt1nigga: Let me buy the 10 mm*

  **TARGET***: I sold it to Dabo*

  *datt1nigga: It's good let me know I'm trying to get something from my nigga*

  **TARGET***: It's good what you want*

  *datt1nigga: I'm cashn out for whatever I want some with stick tho bro get me 10mm*

  14. I understood, based on my training and experience, that the unknown individual
was attempting to purchase a 10mm type firearm with an extended magazine from **DAVIS**.

  15. I noted a similar conversation dated approximately October 3, 2020, between
**DAVIS** and an unknown individual utilizing Instagram account "odasbra":

  *Odasbra: Shit how much you a hit me for a 23 gen 4?*

  **TARGET***: About 1400*

  *Odasbra: If you could bring a fn5.7 back I a pay whatever*

  **TARGET***: I got a Ruger 57 for you it's the same shit shoot the same shit*

  16. I understood, based on my training and experience, that the unknown individual
was asking **DAVIS** how much **DAVIS** was selling a Glock Model 23gen4 pistol for, and **DAVIS**
told the individual $1,400.  The individual told **DAVIS** that the individual was willing to pay any
price if **DAVIS** could bring back an FN Model FiveseveN pistol; **DAVIS** replied that **DAVIS**
had a Ruger Model 57 he was willing to sell as it is chambered for the same 5.7x28mm cartridge.

17.    I noted numerous similar firearms conversations, as well as pictures and videos of **DAVIS** displaying numerous firearms including machineguns.  I noted one video, which depicted the camera facing downward showing what appeared to be a Glock firearm being held in the kitchen area of a residence.  Based on my review of numerous other videos on **DAVIS**'s Instagram page, I heard **DAVIS**'s voice saying "Tap in just came" on the abovementioned video.  I have included a screenshot from the video below.



18.    In August 2021, Deputy Sheriff Ryan Swetavage, from the Alameda County Sheriff's Office Gang Suppression Unit, informed ATF Task Force Officer ("TFO") Nang Hoang that during the course of an unrelated investigation, he observed **DAVIS**'s Instagram account, "mr.fuckinwitit69" via undercover account.  Deputy Swetavage was unaware that ATF had already been conducting a parallel investigation.  Deputy Swetavage informed TFO Hoang of the following:

19.    On or about July 14, 2021, Deputy Swetavage was monitoring social media accounts via an undercover account, when he reviewed the publicly available portion of the Instagram account "mr.fuckinwitit69."

20.    Deputy Swetavage reviewed "mr.fuckinwitit69's" Instagram Stories.  Instagram Stories are a series of short videos or photographs which are presented in a manner similar to a slideshow.  These images are ephemeral and disappear after 24-hours.  During Deputy

Swetavage's review of "mr.fuckinwitit69's" Story, Deputy Swetavage observed a video
depicting several black semiautomatic handguns, which appeared to be on a table or floor with a
light wood grain. The camera quickly shifted from one handgun to the next. Some of the
handguns' calibers and models were clearly visible. Below are screenshots from **DAVIS**'s
Instagram story.

  

21.     Deputy Swetavage later learned that the apparent user of "mr.fuckinwitit69" was
**DAVIS.**

22.     Based on his observations, the deputy sought a state search warrant for the
account. On or about July 17, 2021, the Honorable Alameda County Superior Court Judge D.
Pereda signed a search warrant commanding search of Instagram account "mr.fuckinwitit69."
Deputy Swetavage reviewed the information requested from Instagram.

23.     Deputy Swetavage also reviewed "mr.fuckinwitit69's" direct messages. Deputy
Swetavage observed multiple conversations in which **DAVIS** provided his phone number, which
was the same number associated with the Instagram account itself "mr.fuckinwitit69."

24.     On or about October 8, 2021, TFO Hoang reviewed an image recorded via an
undercover account of **DAVIS**'s Instagram account in the "story" feature, which was dated

approximately September 16, 2021.  The image text stated "G30 GEN4 G22 GEN5 AND G22 GEN 4 FOR SALE FIRST COME FIRST SERVED TAP IN TAP IN TAP IN."  TFO Hoang understood, based on his training and experience in firearms investigations, that **DAVIS** was stating that he had multiple Glock model firearms for sale, and directing interested buyers to contact him.

25.     On or about December 7, 2021, TFO Hoang notified me that on or about November 4, 2021, Deputy Swetavage had observed, via an undercover account, a story clip on **DAVIS**'s Instagram account.  TFO Hoang provided me with a clip of the video, in which I observed **TARGET** facing the camera while sitting down inside a room, holding an AR-style pistol with a high-capacity drum-style magazine inserted in the firearm.  I include a screenshot from the video below.



26.     Based on the information uncovered during the investigation, law enforcement sought a federal search warrant for **DAVIS**'s residence.  On or about December 15, 2021, the Honorable Donna M. Ryu issued a search warrant authorizing the search of **DAVIS**'s electronic devices, vehicle, and residence in San Leandro, California.

        b.     **Search of Residence**

27.     On or about December 22, 2021, ATF Agents and Task Force Officers executed

the search warrant with the assistance of the Alameda County Sheriff's Office (ACSO). **DAVIS** was located at the residence along with his girlfriend. Agents spoke with **DAVIS**, who indicated that he does not live at the location, just visiting for approximately 3 weeks at a time. **DAVIS**'s girlfriend informed agents that she resides at the residence with **DAVIS** and her children. Agents located mail addressed to **DAVIS** at the residence.[1]

28.     Amongst other things (see paragraph 46, below), Agents located two USPS shipping receipts in the residence, both of which were dated December 21, 2021. One of the receipts contained two tracking numbers, 9505510591341355738274, and EJ439003701US, which were sent from Arlington, Texas, and were destined for Oakland, California. The other receipt had the tracking number EJ439004211US, which was sent from Grand Prairie, Texas, and destined for Oakland, California. Based on the GPS location information updates, **DAVIS**'s phone traveled to Texas on or about December 17, 2021. On or about December 21, 2021, GPS location information showed **DAVIS**'s phone was in the area of Grand Prairie, Texas, and Arlington, Texas, prior to returning to San Leandro, California.

29.     I am also aware from reviewing previous Instagram videos from **DAVIS**'s Instagram account that he was receiving USPS packages containing firearms.

    c. **Investigation of USPS Parcels**

30.     Continuing on or about December 22, 2021, I contacted the United States Postal Inspection Service for assistance as I believed, based on **DAVIS**'s recent history of acquiring firearms in Texas; **DAVIS**'s Instagram videos showing prior receipt of USPS packages containing firearms; and the recovered shipping receipts, that **DAVIS** had shipped firearms from Texas to California. I contacted U.S. Postal Inspector Albert Rodriguez, who informed me that all three packages were destined for an Oakland, California address on 76th Avenue. According to Inspector Rodriguez, there was an additional package that had been mailed from Arlington, Texas on or about December 21, 2021, to the aforementioned address. I learned that only two of

---

[1] Agents also observed mail addressed to others at the residence.

the packages had arrived at the Post Office and were awaiting delivery.

     31.     I met with Inspector Rodriguez at the Eastmont Post Office, located in Oakland, California. I retrieved the two parcels. Both parcels had shipping information written directly on the cardboard boxes, as well as USPS shipping labels affixed to the box. On one of the parcels (tracking #EJ439004211US), in the handwritten shipping information on the box, appeared to be "Robert Davis" scratched out. The name "Robert Brown" appeared as the return address information with the **DAVIS**'s San Leandro, California address (without the apartment number); the addressee's name appeared as M.G., whom I believe to be DAVIS's girlfriend based on my investigation to date, at the Oakland, California on 76th Avenue. The USPS shipping label included the following sender information: "Robii Brown" at **DAVIS**'s residence in San Leandro, CA (without the apartment number). The shipping label included the following recipient information: "mari gaston" at the Oakland, California address on 76th Avenue. **DAVIS**'s phone number was listed on the shipping label as the recipient's phone number as well as on the cardboard box itself. A photo depicting the address information on the box is below.



32.     The second parcel (tracking #EJ439003701US) also included the return address of "Robert Brown" at **DAVIS**'s residence in San Leandro California (without the apartment number) written on the cardboard box.  The sender information listed: "mrs [g]" at the same Oakland, California address on 76th Avenue.  The USPS shipping label affixed to the box included the following sender information: "Robii Brown" at **DAVIS**'s San Leandro, California address.  The shipping label included the following recipient information: M.G.at the Oakland, California address on 76th Avenue.  **DAVIS**'s phone number was written on the cardboard box, but the recipient phone number line was left blank on the shipping label.  A photo depicting the address information on the box is below.



33.     Based on the investigation, I sought a federal search warrant.  On or about December 27, 2021, the Honorable Donna M. Ryu issued a search warrant, authorizing the

search of two USPS parcels.

34.    Continuing on the same date, ATF SA Dillon Phillips executed the search warrant and opened the packages.  Inside the packages, SA Phillips located the following:

      a)    Glock, Inc. (USA), Model 21 Gen 4, .45 caliber handgun with 13 round magazine, Serial Number: AFUV704 (disassembled)

      b)    One 13 round magazine and a speed loader

      c)    Glock (Austria, imported by Glock, Inc., Smyrna, GA), Model 20 Gen 4, 10mm caliber handgun with 15-round magazine, Serial Number: BVEF219 (disassembled)

      d)    One 15-round magazine

      e)    17 one-pint bottles of Promethazine Hydrochloride

35.    On or about January 5, 2022, Inspector Rodriguez provided me with still photographs of the Arlington, TX U.S. Post Office surveillance video from the parcel with tracking number (EJ439003689US) that was shipped on or about December 21, 2021:



36.    I recognized the individual in the surveillance video images to be **DAVIS**.

37.    On or about December 27, 2021, SA Phillips met Inspector Rodriguez at the Eastmont U.S. Post Office in Oakland, California, and intercepted two additional parcels, which

Inspector Rodriguez had previously informed me were sent from Texas on or about December 21, 2021, utilizing the same phone number and shipping address as the previous packages.  SA Phillips brought the parcels to the ATF Oakland Field Office in Oakland, California.

        d.    **Search of DAVIS's Cellphone**

38.     Pursuant to the aforementioned search warrant for the residence, vehicle and electronic devices, law enforcement searched **DAVIS**'s cellphone.  On or about April 15, 2022, California Highway Patrol (CHP) Investigator Rojo created a forensic copy of **DAVIS**'s cellphone, and I reviewed its contents.

39.     I reviewed the phone device location information.  On approximately December 21, 2021, **DAVIS**'s phone was located at or near three US Post Offices in Texas: 1301 E Bardin Road, Arlington Texas; 765 W. Westchester Parkway, Grand Prairie, Texas; and 3903 Melear Drive, Arlington, Texas.  These were the locations and dates of shipment from which the aforementioned intercepted USPS packages were intercepted.

40.     I noted numerous message conversations between **DAVIS** and another individual in **DAVIS**'s phone which appeared to be related to firearms.  In a conversation between approximately December 3, 2020 and December 8, 2020, **DAVIS** appeared to request that the individual obtain firearms for **DAVIS** from a private party transfer at a gun show in Texas:

> *DAVIS: Try to find me some shit off the site tho because I'm not trying to get my nigga in no trouble I'm just trying to get this bag*
>
> *Individual: Aite*
>
> *DAVIS: Is there a show you going to call me so I can send some money*
>
> *Individual: Ion think it's a show hold on*
>
> *Individual: Call me*
>
> *Individual: https://texasguntrader.com/category/900/Handguns-for-Sale-Pistols-for-Sale/listings/1712108/Stripped-glock-frames-for-sale.html*



*DAVIS*: *Send me all yo information*

41.     I noted a conversation between **DAVIS** and the same individual between approximately June 5, 2021 and June 18, 2021, in which **DAVIS** firearm dealing.

*DAVIS*: *Tell me why I just got this stolen gun from someone*

*Individual: You good ?*

*DAVIS*: *You gotta work with me cousin they took all the cash I had on me and I bailed out*

*Individual: Wym*

*DAVIS*: *I got you cuz just give me a min*

*Individual: Cuz can I get half of the cheese?*

*DAVIS*: *I got you cuz let me sell this shit I ain't forgot about you I'm just trying to get back from all that*

*Individual: It's good I ain't want to buzz you I'm already knowing yo situation*

*Individual: Call me I got a car you might want to buy online*

*DAVIS*: *I'm trying to get back right now can't spend no money till all these gone who trying to grab something let me know*

*Individual: I'm bout to find out*

*Individual: What you got left ?*

*DAVIS*: *G30 g27gen5 g20 with stick and g19*

*Individual: my nigga got 2 sales for you I'm waiting on him to hit me when he ready. When you ready can you meet him in concord something he in Antioch*

13

*DAVIS: Who is it*

*DAVIS: I'm going there later tonight*

*Individual: You going to Antioch ?*

*Individual: My nigga tray*

*DAVIS: Yeah tonight*

*DAVIS: He good forshow*

*Individual: Yea he good he stay by my pops*

*DAVIS: Ok it's good*

42.     I understood the conversation to mean that **DAVIS** no longer had the money that he owed to the individual regarding firearms trafficking.  **DAVIS** advised the individual that **DAVIS** had to sell multiple firearms to gain the money back that he lost; the individual brokered a firearms sale between **DAVIS** and an unknown male named "Tray" in Antioch.

e.     **DAVIS is Not a Registered Federal Firearms Licensee**

43.     An investigation into **DAVIS**'s status revealed that he is not a registered Federal Firearms Licensee, therefore **DAVIS** is in violation of Title 18 Section 922(a)(1)(A) (importing, manufacturing, or dealing in firearms without a license).

44.     Based on the aforementioned information, my training and experience, and my knowledge of the investigation I believe there is probable cause to **DAVIS**, violated one count of Unlicensed Dealer Dealing Firearms, pursuant to Title 18 United States Code Section 922(a)(1)(A) on or about and in between August 2020 and December 2021.

**B.   DAVIS's Possessed of a Firearm**

45.     As previously mentioned, on or about December 15, 2021, the Honorable Donna M. Ryu issued a search warrant authorizing the search of **DAVIS**'s electronic devices, vehicle, and residence in San Leandro, California.

a.   **Search of Residence**

46.     On or about December 22, 2021, ATF Agents and Task Force Officers executed the search warrant with the assistance of the Alameda County Sheriff's Office (ACSO).  Agents

14

located and recovered the following:

*Vehicle*
- .223 fired Remington cartridge case
- Temp CA driver's license
- One Glock 10mm magazine
- Six 10mm Auto cartridges
- One 10mm Auto cartridge
- One .45 Auto cartridge
- 13 Glock magazine
- Two 17-round magazines
- 1 S&W magazine
- 10 .40 S&W cartridges
- Red Apple iPhone XR
- One round of ammunition

*Person*
- Blue apple iPhone

*Residence*
- Three assorted rounds of ammunition
- Three assorted rounds of ammunition
- One Glock magazine
- One S&W magazine
- 50 5.7x28mm cartridges
- Three assorted rounds of ammunition
- 21 assorted rounds of ammunition
- One Glock 33 .357 slide assembly (barrel, slide, recoil spring)
- 111 assorted rounds of ammunition
- 29 5.7x28mm cartridges
- Four 5.7x28mm cartridges
- One 20-round FN FiveseveN magazine
- **One FN Model FiveseveN 5.7x28mm pistol, serial number 386394872 [pictured below]**
  - Loaded with 20 5.7x28mm cartridges



**c. DAVIS's Felony Status and Knowledge of Sentence Exceeding One Year of Imprisonment**

47.     I have reviewed criminal history records for **DAVIS**, which indicates that **DAVIS** has been convicted of multiple felonies and has received a sentence greater than one year in prison.  His previous convictions include the following:

> a)     In 2014, **DAVIS** was convicted in Alameda County Superior Court of robbery, a felony, in violation of California Penal Code Section 211, and sentenced to two years in state prison

> b)     In 2016, **DAVIS** was convicted in San Joaquin County Superior Court of possession/purchase of narcotics for sale, a felony; and felon in possession of a firearm, a felony; in violation of California Health & Safety Code Section 11351 and Penal Code Section 29800(a)(1), respectively, and was sentenced to four years and eight months in state prison, respectively.

> c)     In 2017, **DAVIS** was convicted in Orange County Superior Court, of grand theft, a felony; and burglary, a felony; in violation of California Penal Code Sections 487(a) and 459-460(b), respectively, and he was sentenced to 32 months in state prison for both convictions to run concurrently.

48.     As a convicted felon, **DAVIS** is prohibited from possessing any firearms. Considering **DAVIS** has been sentenced to four years in prison for one of his felony convictions, **DAVIS** knew that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

**d.    The Firearm Traveled in Interstate Commerce**

49.     An ATF interstate nexus expert confirmed that the FN Model FiveseveN 5.7x28mm pistol, bearing serial number 386394872 that was recovered from **DAVIS** was manufactured in Belgium and purchased in Texas.  As a result, the firearm must have traveled in interstate and foreign commerce prior to being possessed by **DAVIS** within the Northern District of California.

V.      **CONCLUSION**

50.     On the basis of my participation in this investigation and the information

summarized above, I believe there is probable cause to **Robert Earl DAVIS**, violated

one count of Unlicensed Dealer Dealing Firearms, pursuant to Title 18 United States Code

Section 922(a)(1)(A) on or about and in between August 2020 and December 2021; and one

count of being Prohibited Person in Possession of a Firearm, pursuant to Title 18, United States

Code, Sections 922(g)(1) on or about December 22, 2021, in the Northern District of California.

/s/ *Andrew Balady*

ANDREW BALADY
Special Agent
Alcohol, Tobacco, Firearms, & Explosives

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1
on this  12th day of October 2022. This application and warrant are to be filed under seal.

HON. KANDIS A. WESTMORE
United States Magistrate Judge

17