AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Two Counts);
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached Sheet.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ ROBERT EARL DAVIS

DISTRICT COURT NUMBER
CR 23 0231 AMO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
22-mj-71304-MAG

Name and Office of Person Furnishing Information on this form  ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  EVAN MATEER, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
JUL 27 2023 BAN
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
PreTrial Release

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

**ATTACHMENT TO PENALTY SHEET**
**ROBERT EARL DAVIS**

**Penalties for each count:**

Maximum 10 years imprisonment
Maximum $250, 000 fine
Maximum 3 years supervised release
$100 special assessment
Forfeiture

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

ROBERT EARL DAVIS,

AMO

CR 23 0231

FILED

JUL 27 2023 BAM

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Two Counts);

---

A true bill.

*/s/ Foreperson of the Grand Jury*

Foreman

Filed in open court this ___27th___ day of

___July, 2023___.

Clerk

Bail, $ No Process

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

**FILED**

JUL 27 2023 BAR

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

AMO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ROBERT EARL DAVIS, <br>     Defendant. | CASE NO. **CR 23 0231** <br><br> VIOLATION: <br> 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License; <br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Two Counts); <br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> OAKLAND VENUE |

INDICTMENT

The United States Attorney charges:

COUNT ONE:    (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

Beginning on or about August 24, 2020, and continuing through on or about December 22, 2021, in the Northern District of California and elsewhere, the defendant,

ROBERT EARL DAVIS,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//

//

INDICTMENT

COUNT TWO:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

On or about December 21, 2021, in the Northern District of California, the defendant,

ROBERT EARL DAVIS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed or shipped in interstate commerce a firearm, namely, one Glock Model 21 Gen 3 .45 caliber pistol bearing serial number AFUV704, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

On or about December 22, 2021, in the Northern District of California, the defendant,

ROBERT EARL DAVIS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one FN Model Five-seveN 5.7x28mm pistol bearing serial number 386394872, 50 rounds of FNH USA 5.7x28mm Hornaday V-Max ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:     (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in this Indictment, the defendant,

ROBERT EARL DAVIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a. one Glock Model 21 Gen 3 .45 caliber pistol bearing serial number AFUV704 recovered on December 21, 2021,

    b. one FN Herstal Five-seveN firearm bearing serial number 386394872 recovered on December 22, 2021, and

INDICTMENT

c. 50 rounds of 5.7x28mm ammunition recovered on December 22, 2021.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: July 27, 2023                                            A TRUE BILL.

                                                             /s/ Foreperson of the Grand Jury
                                                             FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

   /s/ Evan M. Mateer
EVAN M. MATEER
Assistant United States Attorney

INDICTMENT